IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JAMES AND THERESA ARNOLD )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MAXMIND, INC. )<br>)<br>Defendant. ) | Case No. 6:16-cv-01309 |

MAXMIND INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant MaxMind, Inc., by and through undersigned counsel, hereby moves this court to dismiss the Complaint of Plaintiffs James Arnold and Theresa Arnold for lack of personal jurisdiction over the Defendant, a Massachusetts Corporation with insufficient contacts with the State of Kansas to satisfy due process.

Pursuant to Rule 12(b)(6), Defendant further moves this Court to dismiss Plaintiffs' Complaint for failing to state a claim upon which relief can be granted, as Plaintiffs have failed to sufficiently plead a cognizable cause of action under Kansas law, and have further failed to bring this action within the two-year statute of limitations provided in Kan. Stat. Ann. § 60-513.

A memorandum of law in support of Defendant's Motion to Dismiss accompanies this Motion.

WHEREFORE, Defendant respectfully requests that this Court enter an order Dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Respectfully Submitted by:

*/s/ Jordon T. Stanley*
Casey O. Housley,     KS#17665
Jordon T. Stanley,     KS #21990
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone:   (913) 234-6100
Facsimile:   (913) 234-6199
c.housley@swrllp.com
j.stanley@swrllp.com
***ATTORNEYS FOR DEFENDANT MAXMIND, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Randall K. Rathbun   #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, Kansas 67206-2936
randy@depewgillen.com
***ATTORNEYS FOR PLAINTIFF***

/s/ *Jordon T. Stanley*
Attorney