Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS   67206-2936
Telephone:  (316) 262-4000
Fax: (316) 265-3819
randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| JAMES and THERESA ARNOLD and JOYCE TAYLOR,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MAXMIND, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.:   16-1309-JTM<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the plaintiffs, James and Theresa Arnold and Joyce Taylor and defendant MaxMind, Inc., in agreement, and stipulate to a dismissal with prejudice in the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs appear by and through their counsel of record, Randall K. Rathbun of Depew Gillen Rathbun & McInteer, LC. Defendant MaxMind, Inc. appears by and through its counsel of record, Casey O. Housley and Jordon T. Stanley of Sanders Warren Russell & Scheer, LLP.

It is so stipulated.

APPROVED:

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Tel: (316) 262-4000
Email: Randy@depewgillen.com
*Attorneys for Plaintiffs*

SANDERS WARREN RUSSELL & SCHEER LLP

/s/Jordon T. Stanley
Casey O. Housley #17665
Jordon T. Stanley #21990
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
Tel: (913-234-6100
Email: c.housley@swrsllp.com and
j.stanley@swrsllp.com
*Attorneys for Defendant*